1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA A. RUIZ, an Individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; and DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:20-cv-01129-RAO<br><br>**DISCOVERY MATTER:**<br><br>**ORDER RE: STIPULATION FOR PROTECTIVE ORDER**<br><br>Courtroom: 590<br>Magistrate Judge: Rozella A. Oliver<br>Complaint Filed: July 2, 2019<br>Trial Date: February 22, 2021 |

## ORDER ON STIPULATION

Base on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as set forth.

**IT IS SO ORDERED.**

Dated: May 26, 2020

/s/ - Rozella A. Oliver
The Honorable Rozella A. Oliver
United States Magistrate Judge

1