Andrew L. Ellis, Esq. SBN 167091
Alyson T. Marchiondo, Esq. SBN 160156
ELLIS LAW CORPORATION
2230 E. Maple Ave.
El Segundo, CA 90245
Tel. (310) 641-3335
Facsimile (310) 641-6664

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA RUIZ, an individual, | Case No. 20-cv-1129-RAO |
| as Plaintiff | **NOTICE OF SETTLEMENT** |
| v. | |
| WALMART, INC., a Delaware Corporation; and DOES 1 to 25 | |
| as Defendants. | |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on March 23, 2022, Plaintiff Reyna Ruiz and Defendant WALMART, INC., a Delaware Corporation, by and through their counsel of record reached a settlement of the entire case pending exchange of final settlement documents. The Dismissal will be filed after receipt of the settlement funds. Although the parties do not know how long it will take to finalize the settlement, they estimate

///

///

///

1 | it may take up to 150 days.

3 | Dated: March 23, 2022　　　　　　　ELLIS LAW CORPORATION

/s/ Alyson T. Marchiondo
Andrew L. Ellis
Alyson T. Marchiondo
Attorneys for Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2230 E. Maple Ave., El Segundo, CA 90245. My electronic address is rgalvan@alelaw.com

On March 23, 2022, I served the following documents described as:

## NOTICE OF SETTLEMENT

on the interested parties in this action by placing [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Andrew O. Smith**
Rebecca N. Herman
Pettit, Kohn, Ingrassia, Lutz & Dolin, PC
5901 W. Century Blvd, Suite 1100
Los Angeles, CA 90045
Tel. (310) 649-5772
Fax (310) 649-5777
**(Attorneys for Defendant Walmart, Inc.)**

Andrew N. Kohn
Pettit Kohn Ingrassia Lutz & Dolon, PC
11622 El Camino Real, Suite 300
San Diego, CA 92130
tel. (858) 755-8500

[ ]   BY MAIL I am readily familiar with the firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and said correspondence is deposited with the United States Postal Service the same day.

[X]   ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es) below. This is necessitated during the declared national emergency due to the Coronavirus (COVID-19) pandemic because staff in this office is working remotely, and is unable to send physical mail as usual. Therefore, the document(s) referenced above is/are served only by using electronic mail. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

rherman@PettitKohn.com: clieng@PettitKohn.com: akohn@pettitkohn.com

Executed on March 23, 2022, in El Segundo, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Rose Galvan*
Rose Galvan