1

2

3

4  UNITED STATES DISTRICT COURT

5  CENTRAL DISTRICT OF CALIFORNIA

6

REYNA RUIZ, an individual,

7            as Plaintiff

8      v.

9  WALMART, INC., a Delaware

10 Corporation; and DOES 1 to 25

11         as Defendants.

Case No. 20-cv-1129-RAO

(~~PROPOSED~~) ORDER DISMISSING ACTION WITH PREJUDICE

12

13     The Court has considered the Stipulation of Dismissal with Prejudice the

14 parties filed.

15     THE COURT HEREBY ORDERS that this action, 20-cv-1129-RAO, is

16 dismissed in its entirety with prejudice, with each party to bear its own costs

17 and fees, including attorney fees.

18 Dated: September 6, 2022

19                               Rozella A. Oliver

20                               Magistrate Judge

21

22

23

24

25

26

27

28